UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GIANINA FRANCES LAMBERT, ET AL.,**

  Plaintiffs,

v.                                                    No. 4:23-cv-0240-P

**VERONICA ANN GARCIA, ET AL.,**

  Defendants.

## FINAL JUDGMENT

This Final Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with Plaintiffs' Notice of Voluntary Dismissal (ECF No. 18):

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **3rd day** of **August 2023.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE